United States District Court
Southern District of Texas
**ENTERED**
April 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 2:18-MJ-385 |
| | § | |
| GERARDO ESPINOSA | § | |

## ORDER OF DETENTION PENDING TRIAL FOR MATERIAL WITNESS(ES)

Material Witnesses, EDWIN MENJIVAR-TOBAR AND ERVIN ARON LUX-QUINILLO, appeared in open court with counsel and each waived their right to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. Sec. 3142(f). Accordingly, each material witness is ordered detained without bond pending trial.

Each material witness is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Each material witness shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver each material witness to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of April, 2018.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE